1 | Daniel F. Pyne (State Bar No. 131955)
dpyne@hopkinscarley.com
2 | Karen Reinhold (State Bar No. 104817)
kreinhold@hopkinscarley.com
3 | HOPKINS & CARLEY
A Law Corporation
4 | The Letitia Building
70 South First Street
5 | San Jose, CA 95113-2406
Telephone: (408) 286-9800
6 | Facsimile: (408) 998-4790

7 | Attorneys for Defendants
AREVA SOLAR, INC., AREVA NP, INC.
and AREVA NP, INC. SHORT TERM DISABILITY
8 | PLAN

9 | Gerald A. Emanuel (State Bar No. 61049)
jemanuel@hinklelaw.com
10 | Joel P. Waelty (State Bar No. 226728)
jwaelty@hinklelaw.com
11 | HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
12 | San Jose, California 95128
Telephone: (408) 246-5500
13 | Facsimile: (408) 246-1051

14 | Attorneys for Plaintiff
RHODORA AUSMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| RHODORA AUSMAN, | CASE NO. C 13-02284 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| AREVA SOLAR, INC., AREVA NP, INC., AREVA NP, INC. SHORT TERM DISABILITY PLAN and DOES 1 through 50, inclusive, | Date: August 23, 2013
Time: 1:30 p.m.
Dept.: Courtroom 11, 19th Floor
Judge: The Honorable Jeffrey S. White |
| Defendants. | |

/ / /

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

704\1025447.1
STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. C13-02284 JSW

1  The parties hereby stipulate to reschedule the Case Management Conference currently set for August 23, 2013, at 1:30 p.m., in Courtroom 11 of the above-captioned court, to August 30, 2013, at 1:30 p.m., or such other date as the Court may set. Good cause for this short continuance exists due to a personal scheduling conflict involving an elderly family member of Defendants' counsel. The requested continuance has been discussed and agreed to by Plaintiff's counsel in this matter.

Dated: July 25, 2013

HOPKINS & CARLEY
A Law Corporation

By: /S/ Karen Reinhold
Karen Reinhold
Attorneys for Defendants
AREVA Solar, Inc., AREVA NP, Inc. and AREVA NP, Inc. Short Term Disability Plan

Dated: July 25, 2013

HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By: /S/ Joel P. Waelty
Joel P. Waelty
Attorneys for Plaintiff
RHODORA AUSMAN

### ORDER

The Case Management Conference currently scheduled for August 23, 2013 is off calendar and has been rescheduled for August 30, 2013, at 1:30 p.m., in Courtroom 11, 19th Floor of the above court. The parties' joint case management statement shall be due on August 23, 2013.

IT IS SO ORDERED.

July 26, 2013

_____
THE HONORABLE JEFFREY S. WHITE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

704\1025447.1
- 2 -
STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. C13-02284 JSW