1  Daniel F. Pyne (State Bar No. 131955)
   dpyne@hopkinscarley.com
2  Karen Reinhold (State Bar No. 104817)
   kreinhold@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA 95113-2406
   Telephone: (408) 286-9800
6  Facsimile: (408) 998-4790

7  Attorneys for Defendants
   AREVA SOLAR, INC., AREVA NP, INC.
   and AREVA NP, INC. SHORT TERM DISABILITY
8  PLAN

9  Gerald A. Emanuel (State Bar No. 61049)
   jemanuel@hinklelaw.com
10 Joel P. Waelty (State Bar No. 226728)
   jwaelty@hinklelaw.com
11 HINKLE, JACHIMOWICZ, POINTER & EMANUEL
   2007 West Hedding Street, Suite 100
12 San Jose, California 95128
   Telephone: (408) 246-5500
13 Facsimile: (408) 246-1051

14 Attorneys for Plaintiff
   RHODORA AUSMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RHODORA AUSMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AREVA SOLAR, INC., AREVA NP, INC., AREVA NP, INC. SHORT TERM DISABILITY PLAN and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. C 13-02284 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Date: August 23, 2013<br>Time: 1:30 p.m.<br>Dept.: Courtroom 11, 19th Floor<br>Judge: The Honorable Jeffrey S. White |

/ / /

/ / /

/ / /

704\1025447.1

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. C13-02284 JSW

The parties hereby stipulate to reschedule the Case Management Conference currently set for August 23, 2013, at 1:30 p.m., in Courtroom 11 of the above-captioned court, to August 30, 2013, at 1:30 p.m., or such other date as the Court may set. Good cause for this short continuance exists due to a personal scheduling conflict involving an elderly family member of Defendants' counsel. The requested continuance has been discussed and agreed to by Plaintiff's counsel in this matter.

Dated: July 25, 2013

HOPKINS & CARLEY
A Law Corporation


By: /S/ Karen Reinhold
Karen Reinhold
Attorneys for Defendants
AREVA Solar, Inc., AREVA NP, Inc. and AREVA NP, Inc. Short Term Disability Plan

Dated: July 25, 2013

HINKLE, JACHIMOWICZ, POINTER & EMANUEL


By: /S/ Joel P. Waelty
Joel P. Waelty
Attorneys for Plaintiff
RHODORA AUSMAN

## **ORDER**

The Case Management Conference currently scheduled for August 23, 2013 is off calendar and has been rescheduled for  August 30 , 2013, at  1:30 p.m. , in Courtroom 11, 19th Floor of the above court. The parties' joint case management statement shall be due on August 23, 2013.

IT IS SO ORDERED.

July 26, 2013

_____
THE HONORABLE JEFFREY S. WHITE

704\1025447.1

- 2 -

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. C13-02284 JSW