Gerald A. Emanuel (SBN 61049)
Joel P. Waelty (SBN 226728)
Christopher G. Wilhelmi (SBN 283467)
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Tel.: (408) 246-5500
Fax: (408) 246-1051
E-Mail: jemanuel@hinklelaw.com; jwaelty@hinklelaw.com

Attorneys for Plaintiff
RHODORA AUSMAN

Karen Reinhold (SBN 104817)
Daniel F. Pyne (SBN 131955)
HOPKINS & CARLEY
70 S. 1st Street
San Jose, CA 95113
Tel.: 408-286-9800
Fax: 408-998-4790
E-Mail: kreinhold@hopkinscarley.com; dpyne@hopkinscarley.com

Attorneys for Defendants
AREVA SOLAR, INC., AREVA NP, INC.,
AREVA NP INC. SHORT TERM
DISABILITY PLAN

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RHODORA AUSMAN, <br><br> Plaintiff, <br><br> vs. <br><br> AREVA SOLAR, INC., AREVA NP, INC., AREVA NP INC. SHORT TERM DISABILITY PLAN, <br><br> Defendants. | No. CV13-02284 JSW <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

1

STIPULATION FOR DISMISSAL                CASE NO. CV13-02284 JSW

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

**IT IS SO STIPULATED.**

DATED: March 14, 2014   HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By: /s/ Joel P. Waelty
Joel P. Waelty
Christopher G. Wilhelmi
Attorneys for Plaintiff
RHODORA AUSMAN

DATED: March 14, 2014   HOPKINS & CARLEY

By: /s/ Karen Reinhold
Karen Reinhold
Attorney for Defendants
AREVA SOLAR, INC., AREVA NP, INC.,

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice. Each party is to bear its own fees and costs.

DATED: March 17, 2014   _____
Hon. Jeffrey S. White